[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 08 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11613
Non-Argument Calendar

_____

D. C. Docket No. 06-00176-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OTTO DAVION THOMPSON,
a.k.a. Ot,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 8, 2008)

Before CARNES, BARKETT and KRAVITCH, Circuit Judges

PER CURIAM:

F. Luke Coley, Jr., appointed counsel for Otto Davion Thompson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record confirms counsel's assessment of the relative merits of any potential issues for appeal. Because the record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw and **AFFIRM** Thompson's conviction and sentence.